JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of The Cwalt, Inc., Alternative Loan Trust 2007-Hy4 Mortgage Pass-Through Certificates, Series 2007-Hy4 by and through its servicing agent Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 16-43093 CN | |
| **Elias Vieyra** § | | |
| **Isabelle Jacobo Vieyra**, § | Chapter: 13 | |
| § | | |
| Debtors. § | | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of The Cwalt, Inc., Alternative Loan Trust 2007-Hy4 Mortgage Pass-Through Certificates, Series 2007-Hy4 by and through its servicing agent Bank of America, N.A. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

1     Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of The Cwalt, Inc., Alternative Loan Trust 2007-Hy4 Mortgage Pass-Through Certificates, Series 2007-Hy4 by and through its servicing agent Bank of America, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 11/9/2016                      McCarthy & Holthus, LLP

                                By:  /s/ Kristin A. Zilberstein, Esq.
                                      Kristin A. Zilberstein, Esq.,
                                      Attorneys for The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of The Cwalt, Inc., Alternative Loan Trust 2007-Hy4 Mortgage Pass-Through Certificates, Series 2007-Hy4 by and through its servicing agent Bank of America, N.A.

| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Kristin A. Zilberstein, Esq. SBN 200041 |
|   | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
|   | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |

Attorneys for The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of The Cwalt, Inc., Alternative Loan Trust 2007-Hy4 Mortgage Pass-Through Certificates, Series 2007-Hy4 by and through its servicing agent Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:   ) Case No. 16-43093  CN
         )
Elias Vieyra   ) Chapter 13
Isabelle Jacobo Vieyra,   )
         ) **CERTIFICATE OF SERVICE OF**
    Debtors.   ) **REQUEST FOR SPECIAL NOTICE**
         )
         )
         ) Judge: Charles Novack

1

File No. CA-16-131445
Certificate of Service, Case No. 16-43093  CN
Case: 16-43093    Doc# 10    Filed: 11/14/16    Entered: 11/14/16 15:03:03    Page 3 of 4

# CERTIFICATE OF SERVICE

On **11/14/2016**, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
Patrick L. Forte
pat@patforte.com

**TRUSTEE**
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On **11/14/2016**, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Elias Vieyra, 32386 Hampton Court, Union City, CA 94587

Isabelle Jacobo Vieyra, 32386 Hampton Court, Union City, CA 94587

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1624 Franklin St. #911, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 11/14/2016   /s/ Christian Aguilar
Christian Aguilar

2

File No. CA-16-131445
Certificate of Service, Case No. 16-43093 CN

Case: 16-43093   Doc# 10   Filed: 11/14/16   Entered: 11/14/16 15:03:03   Page 4 of 4